To: Court of Criminal Appeals
    ATTN: Clerk of Court
    P.O. Box 12308
    Austin, TX 78711-2308


    RE: Request status on PDR # PD-0127-12,  Filed Feb 22, 2012


C    Dear Clerk Of Court;

    I am requesting the status on a previously filed Petition of Descretionary Review, which was filed on or about, February 22nd, 2012. File Number is: **PD-0127-12**

    I was unaware of any verdict or decision being made on this filing, and recently found that it was still active. via: TDCJ-CID Law Library Computer System.


    Thank you for your assistance in this matter.

                            Respectfully Submitted,

                            Shawn Baxter
                            ----------------------
                            Shawn S. Baxter, #01671285
                            French M. Robertson Unit
                            12071 FM 3522
                            Abilene, Texas 79601

Submit Date: January 4th, 2015

                            **RECEIVED IN**
                            COURT OF CRIMINAL APPEALS

                            JAN 09 2015

                            Abel Acosta, Clerk